ROBERT S. MUELLER, III (CSBN 59775)
United States Attorney

Jun 14 '00

RIC..
U.S. ..
NO. ...

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Criminal No.: CR 00 20200 |
| Plaintiff, ) | VIOLATION: 26 U.S.C. § 7201 -- Tax Evasion |
| v. ) | |
| DAVID BROWN, ) | |
| Defendant. ) | SAN JOSE VENUE |

### INFORMATION

The United States Attorney charges:

COUNT ONE: (26 U.S.C. § 7201)

During calender year 1997, in the Northern District of California, County of Santa Clara, and elsewhere, the defendant

DAVID BROWN,

did willfully attempt to evade and defeat the payment of income tax owed to the United States by failing to report income tax for 1997 on or before April 16, 1998; that is, instructing a business

INDICTMENT

accountant that his compensation should not be deducted from the business payroll account, but rather that he should be paid as a consultant, using business income to purchase a family home, title of which was placed in another person's name, all resulting in the failure to report approximately $331,190.00 of personal income for which $102,933 of tax was owing and due to the United States.

All in violation of Title 26 United States Code, Section 7201.

ROBERT S. MUELLER, III
United States Attorney

June 13, 2000

ELIZABETH DE LA VEGA
Chief, San Jose Branch

(Approved as to form: _____)
AUSA Carlos Singh

INDICTMENT                                    2